IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-110-MEF |
| | ) | |
| GEORGIA-PACIFIC | ) | (WO – Do Not Publish) |
| WOOD PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Plaintiff's Second Unopposed Motion to Extend Summary Judgment Briefing Deadlines. (Doc. # 67.) It is hereby ORDERED that Plaintiff's motion is GRANTED. The briefing schedule for the dispositive motions in this case (Doc. # 61) is hereby AMENDED as follows:

(1) Plaintiff shall file its response to Defendant's motion for summary judgment (Doc. # 57) on or before **November 2, 2012**; and

(2) Defendant shall file its reply brief on or before **November 13, 2012**.

In light of Plaintiff's multiple motions to extend the dispositive deadlines in this case, the Court will look disfavorably upon any future requests for deadline extensions made by Plaintiff absent good cause shown.

DONE this the 24th day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE