IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-110-MEF |
| | ) | |
| GEORGIA-PACIFIC | ) | (WO – Do Not Publish) |
| WOOD PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Defendant's Unopposed Motion to Extend Deadline to File its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. (Doc. #73.) It is hereby ORDERED that Defendant's motion is GRANTED. Defendant shall file its reply brief on or before **November 27, 2012**.

DONE this the 13th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE