IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-cv-110-MEF |
| | ) | (WO – Do Not Publish) |
| GEORGIA-PACIFIC | ) | |
| WOOD PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Extend Deadline for Defendant to Disclose Experts Pursuant to Federal Rule of Civil Procedure 26(a)(2). (Doc. #79.) On January 15, 2013, the Court held a telephonic status conference on Defendant's motion, during which the Court heard argument from Defendant and Plaintiff's counsel. Upon consideration of Defendant's motion and the arguments of counsel, and for good cause shown, the Court finds that Defendant's motion is due to be **GRANTED IN PART and DENIED IN PART**.

Accordingly, it is hereby ORDERED that Defendant's motion (Doc. #79) is **GRANTED** to the extent that it requests its expert disclosure deadline be extended from the present deadline of February 1, 2013, to a later date, but it is **DENIED** to the extent that it requests an expert disclosure deadline through and including April 24, 2013. Defendant shall make its expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) **on or before April 10, 2013**.

DONE this the 15th day of January, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE