IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-110-MEF |
| | ) | (WO – Do Not Publish) |
| GEORGIA-PACIFIC | ) | |
| WOOD PRODUCTS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

Consistent with the Memorandum Opinion and Order issued on April 26, 2013, judgment is ENTERED in favor of Defendant Georgia-Pacific Wood Products, LLC ("Georgia-Pacific"), and against Plaintiff Larry Anderson ("Anderson") on Anderson's Complaint (Doc. #1).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 26th day of April, 2013.

                                                  /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE